UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| BIGGER BOAT, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADMIRAL INSURANCE COMPANY )<br>and )<br>FREBERG ENVIRONMENTAL )<br>INSURANCE, INC., )<br>)<br>Defendants. ) | Case No. 2.21-cv-13 |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**FREBERG ENVIORNMENTAL INSURANCE, INC. WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure Rule 41 (a)(1)(A)(i), Plaintiff, Bigger Boat LLC, files this Notice of Voluntary Dismissal of Defendant, Freberg Environmental Insurance, Inc. ("Freberg"). This Notice of Dismissal is made and filed before Freberg has served an answer or a motion for summary judgment, and said dismissal is without prejudice.

DATED at Stowe, Vermont this 19th day of February, 2021.

STACKPOLE & FRENCH LAW OFFICES

/s/ Elizabeth A. Conolly
_____
Elizabeth A. Conolly
Stackpole & French Law Offices
P.O. Box 819
Stowe, Vermont 05672
(802) 253 7339
econolly@stackpolefrench.com
Attorney for Plaintiff, Bigger Boat, LLC