UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Bigger Boat LLC,

        Plaintiff(s),

        v.                                     Civil Action No. 2:21-cv-13

Admiral Insurance Company,

        Defendant(s).

## **ORDER**

On or before April 7, 2021, Defendant shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 26th day of March 2021.

                                  /s/ Kevin J. Doyle
                                  Kevin J. Doyle
                                  United States Magistrate Judge