UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| BIGGER BOAT, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2.21-cv-13 |
| | ) | |
| ADMIRAL INSURANCE COMPANY | ) | |
| and | ) | |
| FREBERG ENVIRONMENTAL | ) | |
| INSURANCE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER OF DISMISSAL

NOW COME the parties, by and through their respective counsel, and hereby stipulate to dismissal of the above-referenced action, with prejudice as to all parties, with each party to bear its own costs.

*/s/ Elizabeth A. Conolly, Esq.*

Date: 10/8/21

*Counsel for Plaintiff, Bigger Boat, LLC*

 */s/ Doreen F. Connor, Esq.*
Date:   10/8/21

*Counsel for Defendant, Admiral Insurance Company*

**APPROVED and SO ORDERED:**


_____
U.S. District/Magistrate Judge

Date: _____

1