UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 OCT 12  AM 10: 23

CLERK

BY_____

DEPUTY CLERK

| | |
|---|---|
| BIGGER BOAT, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2.21-cv-13 |
| ) | |
| ADMIRAL INSURANCE COMPANY ) | |
| and ) | |
| FREBERG ENVIRONMENTAL ) | |
| INSURANCE, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER OF DISMISSAL

NOW COME the parties, by and through their respective counsel, and hereby stipulate to

dismissal of the above-referenced action, with prejudice as to all parties, with each party to bear

its own costs.

*/s/ Elizabeth A. Conolly, Esq.*
_____
Date: 10/8/21

*Counsel for Plaintiff, Bigger Boat, LLC*

 */s/ Doreen F. Connor, Esq.*
Date:   10/8/21

*Counsel for Defendant, Admiral Insurance Company*

**APPROVED and SO ORDERED:**

_____
U.S. District/~~Magistrate~~ Judge

Date:  10 | 12 / 21

1